# Court of Appeals
# of the State of Georgia

ATLANTA,   January 22, 2015

*The Court of Appeals hereby passes the following order:*

**A15A0658.  SARIPALLI v. EVERBANK.**

The above-referenced appeal was docketed with this Court on November 24, 2014, and the Appellant's brief was due to be filed on December 15, 2014. *See* Court of Appeals Rule 22 (a). Not having received the Appellant's brief or a request for an extension to file same, pursuant to Court of Appeals Rules 13 and 23, this appeal is DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*    01/22/2015
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*